# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
**VA 1-761-524**

Effective date of registration:
February 8, 2011

## Title
**Title of Work:** Vincent Scott Tylor Hawaii - 2006

## Completion/Publication
**Year of Completion:** 2006
**Date of 1st Publication:** November 23, 2006   **Nation of 1st Publication:** United States

## Author
**Author:** Vincent Scott Tylor
**Author Created:** photograph(s)
**Work made for hire:** No
**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Vincent Scott Tylor
P.O.Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions
**Name:** Vincent Scott Tylor
**Email:** scottetylor@gmail.com   **Telephone:** 808-823-1263

## Certification
**Name:** Glen Carner
**Date:** February 8, 2011

# EXHIBIT B