**Vincent Khoury Tylor's Image: "M-18 Turquoise lagoon"**



**Blue Hawaiian Helicopters' Facebook Page   Screen Capture**



# EXHIBIT C

**Blue Hawaiian Helicopters' Facebook Page   Screen Capture**



**Vincent Khoury Tylor's Image: "K-06-B Wailua Falls Rainbow"**



**Blue Hawaiian Helicopters' Pinterest page  Screen Capture**



**Vincent Khoury Tylor's Image: "O-01 Waikiki-Pink boat ORIGINAL VERSION"**



**Blue Hawaiian Helicopters' Pinterest page  Screen Capture**

