J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:       jsstreet@ip-law-hawaii.com

DANE ANDERSON        9349-0
Attorney at Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:       dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>                          Plaintiffs,<br><br>    vs.<br><br>HELICOPTER CONSULTANTS OF MAUI, LLC, a Hawaii Limited Liability Company, dba BLUE HAWAIIAN HELICOPTERS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>                          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. <u>16-00545 KSC</u>-None<br>(Copyright Infringement)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS; CERTIFICATE OF SERVICE |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE PURSUANT TO
<u>RULE 41(a)(1)(A)(i) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS</u>**

Plaintiff VINCENT KHOURY TYLOR and Plaintiff VINCENT

SCOTT TYLOR (collectively "Plaintiffs") hereby give notice of their voluntary

dismissal with prejudice of their Complaint, filed October 4, 2016, in this action as

to all claims and all parties alleged therein pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure due to settlement by and between Plaintiffs and

Defendant HELICOPTER CONSULTANTS OF MAUI, LLC, a Hawaii Limited

Liability Company, dba BLUE HAWAIIAN HELICOPTERS.  No answer, motion

for summary judgment, or other responsive pleading has been filed.  There are no

remaining parties or claims in this action, and each party is to bear its/his own

attorneys' fees and costs.

DATED:     Honolulu, Hawai`i, December 27, 2016.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
RULE 41(a)(1)(A)(i) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS;
*Tylor et al. v. Helicopter Consultants of Maui, LLC et al.*; CV16-00545 KSC-None