✎ AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court -District of Hawaii<br>300 Ala Moana Blvd C-338<br>Honolulu, HI 96850 ||
|---|---|---|
| DOCKET NO.<br>CV16-00545 KSC | DATE FILED<br>10/4/16 ||
| PLAINTIFF<br>Vincent Khoury Tylor & Vincent Scott Tylor || DEFENDANT<br>Helicopter Consultants of Maui, LLC et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 1-696-555 | Hawaii 2000 | Vincent Khoury Tylor |
| 2 VA 1-432-741 | (Supp. Registration for VA 1-696-555) | |
| 3 VA 1-759-562 | O-01 Waikiki-Pink boat Original Version | Vincent Khoury Tylor |
| 4 VA 1-761-524 | Vincent Scott Tylor Hawaii - 2006 | Vincent Scott Tylor |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading ||
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| **Notice of Voluntary Dismissal without Prejudice filed 12/27/2016; Copy of Notice attached.** |||
| CLERK<br>SUE BEITIA | (BY) DEPUTY CLERK<br>/s/SUE BEITIA by AFC, DEPUTY CLERK | DATE<br>12-29-2016 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy